IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BRANDON ESTIVAN CASTILLO-CASTILLO, | * | |
| | * | |
| Petitioner, | * | Case No. 4:26-cv-1046-CDL-ALS |
| v. | * | |
| Warden, STEWART DETENTION CENTER, *et al.*, | * | |
| | * | |
| Respondents. | | |

**JUDGMENT**

Pursuant to this Court's Order dated September 10, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 10th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk